# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE COOLEY,<br><br>    Plaintiff(s),<br><br>v.<br><br>FREEDOM FOREVER, LLC, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00562-JCM-NJK<br><br>**Order**<br><br>(Docket No. 27) |

    Pending before the Court is the parties' proposed discovery plan. Docket No. 27. The parties disagree on the time required for discovery. Further, Defendant asks for a stay of discovery pending the resolution of its motion to dismiss without addressing the relevant standards. Accordingly, the discovery plan is **DENIED**. Any renewed joint discovery plan and scheduling order, or motion to stay discovery addressing the appropriate standards, shall be filed no later than May 23, 2019.

    IT IS SO ORDERED.

    Dated: May 17, 2019

                                                                              Nancy J. Koppe<br>                                                                              United States Magistrate Judge