# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE COOLEY, | Case No.: 2:19-cv-00562-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 29) |
| FREEDOM FOREVER, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a proposed discovery plan. Docket No. 29. In light of the Court's order granting Defendant's motion to stay discovery, Docket No. 30, the proposed discovery plan is **DENIED**.

IT IS SO ORDERED.

Dated: May 24, 2019

Nancy J. Koppe
United States Magistrate Judge