# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE COOLEY, | Case No.: 2:19-cv-00562-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 33] |
| FREEDOM FOREVER LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to lift the stay of discovery as to the John Doe party. Docket No. 33. Any response shall be filed no later than July 18, 2019, and any reply shall be filed no later than July 22, 2019.

IT IS SO ORDERED.

Dated: July 12, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1