UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE COOLEY,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>FREEDOM FOREVER LLC, et al.,<br><br>　　　Defendant(s). | Case No.: 2:19-cv-00562-JCM-NJK<br><br>**Order**<br><br>[Docket No. 33] |

Pending before the Court is Plaintiff's motion to lift the stay of discovery as to the John Doe party. Docket No. 33. The Court has considered Plaintiff's motion, Defendant Freedom Forever's response, and Plaintiff's reply. Docket Nos. 33, 35, 36. The Court finds the motion is properly resolved without a hearing. *See* Local Rule 78-1.

Plaintiff asks the Court to lift the stay of discovery with respect to the John Doe party only. Docket No. 33 at 2. Plaintiff additionally submits that he does not intend to seek discovery from Defendant Freedom Forever but, instead, that he wants to discover information in order to name the John Doe party prior to the August 9, 2019, deadline to comply with Federal Rule of Civil Procedure 4(m). *Id*. at 2-3. Plaintiff further submits that, in similar cases where discovery was stayed, multiple federal courts have authorized discovery into calling records related to Telephone Consumer Protection Act ("TCPA") claims. *Id*. at 2. Plaintiff submits that discovery into the John Doe party is necessary to identify the party and because the likelihood of destruction of relevant records increases with each passing day. *Id*. at 3.

1

In response, Defendant Freedom Forever LLC ("Defendant") submits that Plaintiff has failed to show good cause for his failure to serve the John Doe party. Docket No. 35 at 2-3. Defendant additionally submits that the John Doe party is not a true anonymous defendant, that there is no reason to believe that discovery would provide more information than Plaintiff already has about the John Doe party, and that there is nothing preventing Plaintiff from finding and serving Universal Energy without lifting the stay of discovery. *Id*. at 3.

In reply, Plaintiff submits that discovery was stayed pending Defendant's motion to dismiss; however, his claim against the John Doe party will remain whether Defendant's motion to dismiss is granted or denied. Docket No. 36 at 2. Plaintiff submits that Defendant's opposition does not provide a sufficient reason to deny his request and that he is not required to show good cause under Fed.R.Civ.P. 4(m) because he is not seeking to extend the 4(m) deadline at this time. *Id*. Plaintiff further submits that he previously undertook substantial efforts to identify the John Doe party, including issuing multiple subpoenas, and that he cannot meet the Court's deadline to identify and serve the John Doe party without discovery. *Id*. at 2-3.

For good cause shown, the Court **GRANTS** Plaintiff's motion, Docket No. 33, to lift the stay of discovery as to the John Doe party only.

IT IS SO ORDERED.

Dated: July 19, 2019

_____
Nancy J. Koppe
United States Magistrate Judge