# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE COOLEY, | Case No.: 2:19-cv-00562-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 41) |
| FREEDOM FOREVER LLC, et al., | |
| Defendant(s). | |

Plaintiff moves for a 60-day extension of time to serve process on the John Doe entity. Docket No. 41. For good cause shown, the request is **GRANTED**. Plaintiff must serve process on the John Doe entity no later than December 3, 2019.

IT IS SO ORDERED.

Dated: September 26, 2019

_____
Nancy J. Koppe
United States Magistrate Judge