Michael B. Wixom, Esq.
Nevada Bar No. 2812
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com

John M. O'Neal (#5730)
Bar No. 5730
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
T el: 602-229-5200
Email: John.ONeal@quarles.com

*Attorneys for Defendant Expert Energy Management LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Blake Cooley, individually and on behalf of all others similarly situated, | CASE NO.: 2:19-CV-00562-JMC-NJK |
| Plaintiff, | **DEFENDANT EXPERT ENERGY MANAGEMENT, LLC'S NOTICE OF LODGING PROPOSED FORM OF JUDGMENT** |
| v. | |
| Freedom Forever LLC, a Delaware corporation and Expert Energy Management LLC d/b/a Universal Energy, | |
| Defendants. | |

Defendant Expert Energy Management LLC ("Expert Energy") gives notice that it has on this date lodged with the Court a proposed form of Final Judgment. There are no remaining claims against Expert Energy, and therefore the proposed form of Judgment submitted herewith contains language required under Federal Rule of Civil Procedure 54(b).

Expert Energy served a copy of the proposed form of Final Judgment on counsel for Plaintiff and counsel for defendant Freedom Forever LLC by email on August 10, 2020. Plaintiff and defendant Freedom Foreover LLC have not objected to the proposed form of Final Judgment.

DATED this 18th day of August, 2020.

QUARLES & BRADY LLP

*/s/ John M. O'Neal*
John M. O'Neal
Nevada Bar No. 5730
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Michael B. Wixom, Esq.
Nevada Bar No. 2812
Smith Larsen & Wixom
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Defendant Expert Energy Management LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

                                */s/ Debra L. Hitchens*