ANTHONY I. PARONICH, ESQ.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:   (508) 318-8100
Email: anthony@paronichlaw.com
*Pro Hac Vice*

*Attorneys for Plaintiff Blake Cooley and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE COOLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER LLC<br><br>Defendant. | NO. 2:19-cv-00562-JCM-NJK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendant. None of the rights of any putative class members, other than the plaintiff have been released or are otherwise affected by this dismissal.

    Respectfully submitted,
    Plaintiff,

    */s/ Anthony I. Paronich*
    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400

- 1

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff Blake Cooley and the Proposed Class*

FREEDOM FOREVER, LLC

  */s/ Julie Isen*

Julie Isen, SBN 270380
43445 Business Park Drive, Suite 104
Temecula, CA 92590
*Pro Hac Vice Counsel for Freedom Forever LLC*