1

ANTHONY I. PARONICH, ESQ.
PARONICH LAW, P.C.

2

350 Lincoln Street, Suite 2400
Hingham, MA 02043

3

Telephone:  (617) 485-0018

4

Facsimile:  (508) 318-8100
Email: anthony@paronichlaw.com

5

*Pro Hac Vice*

6

*Attorneys for Plaintiff Blake Cooley and the Proposed Class*

7

8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

9

BLAKE COOLEY, individually and on behalf
of all others similarly situated,

10

NO. 2:19-cv-00562-JCM-NJK

11

Plaintiff,

12

v.

13

FREEDOM FOREVER LLC

14

Defendant.

15

16

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

17

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P.

18

41(a)(1)(A)(ii) of all claims against the defendant. None of the rights of any putative class

19

members, other than the plaintiff have been released or are otherwise affected by this dismissal.

20

21

Respectfully submitted,
Plaintiff,

22

23

*/s/ Anthony I. Paronich*
Anthony I. Paronich

24

Paronich Law, P.C.

25

350 Lincoln Street, Suite 2400

26

27

1

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

2

3

*Attorney for Plaintiff Blake Cooley and the Proposed Class*

4

5

FREEDOM FOREVER, LLC

6

_/s/ Julie Isen_____

7

8

Julie Isen, SBN 270380
43445 Business Park Drive, Suite 104
Temecula, CA 92590
*Pro Hac Vice Counsel for Freedom Forever LLC*

9

10

11

12

13

UNITED STATES DISTRICT JUDGE

14

DATED:  September 30, 2020

15

16

17

18

19

20

21

22

23

24

25

26

27